MIDDLEWORTH, Respondent, v. LOWERY, Appellant (two cases). (Supreme Court,

Appellate Division, Second Department. January 30, 1902.) Action by Henry V. Middleworth against Woodbury Lowery. No opinion. Orders affirmed, with $10 costs and disbursements.